# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2025 KW 0917

VERSUS

DEON BRADFORD

**NOVEMBER 3, 2025**

---

In Re:    Deon Bradford, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 07-14-1122.

---

BEFORE:   **LANIER, WOLFE, AND HESTER, JJ.**

**WRIT GRANTED.** The record of the East Baton Rouge Parish Office of the Clerk of Court does not reflect that relator has been provided, as ordered by the district court on August 1, 2022, with a copy of his jury trial transcript. Additionally, the record does not reflect that the district court has acted on relator's motion to stay the postconviction relief proceedings, which was included with his application for postconviction relief. Accordingly, it is ordered that the Honorable Doug Welborn for the 19th Judicial District Court, Parish of East Baton Rouge, or his designated deputy, provide relator with a free copy of his trial transcript by or before November 19, 2025, if the clerk has not already done so. It is further ordered that the district court act on relator's motion to stay the postconviction relief proceedings, filed October 1, 2021, by or before December 19, 2025, if it has not already done so.

**WIL**
**EW**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT